**Order entered January 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01160-CV

**RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellants**

**V.**

**MERRITT HAWKINS AND ASSOCIATES, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER

Before the Court is appellants' January 4, 2019 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **January 21, 2019**. We caution appellants that further requests for extension in this accelerated appeal will be disfavored.

/s/     KEN MOLBERG
        JUSTICE